UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


T. RONALD THEODORE,
     Plaintiff,


     v.                                    CIVIL ACTION NO.
                                           12-10863-MBB
U.S. DEPARTMENT OF JUSTICE
and FEDERAL BUREAU OF PRISONS,
     Defendants.

**PROCEDURAL ORDER**

**August 29, 2013**


**BOWLER, U.S.M.J.**

     On August 6, 2013, this court issued a report and recommendation as opposed to a memorandum and order on a motion to dismiss.  (Docket Entry # 31).  In light of the parties' consent to this court's jurisdiction (Docket Entry ## 4 & 17), it was error to issue the ruling in the form of a recommendation as opposed to the form of an order.

     On August 15, 2013, plaintiff T. Ronald Theodore ("plaintiff"), who is proceeding pro se, filed an "objection" to the opinion.  (Docket Entry # 32).  Thereafter, defendants U.S. Department of Justice and Bureau of Prisons filed a response to plaintiff's objections.  (Docket Entry # 33).

                            CONCLUSION

     In light of the above, this court will construe  plaintiff's objection (Docket Entry # 32) as a motion for reconsideration of

the August 6, 2013 decision.  A hearing on the motion (Docket Entry # 32) will take place on September 16, 2013, at 2:45 p.m.

                                             /s/ Marianne B. Bowler
                                            **MARIANNE B. BOWLER**
                                            United States Magistrate Judge